**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 560 MAL 2018
                                :
             Respondent      :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
           v.               :
                                :
                                :
DONALD GRAVATT, JR.,            :
                                :
             Petitioner      :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 26th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.